# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy Wexler<br>　　　　　Debtor | CHAPTER 13 |
| USROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE<br>　　　　　Movant<br>　　vs.<br>Timothy Wexler<br>　　　　　Debtor<br>Frederick L. Reigle, Esq.<br>　　　　　Trustee | NO. 16-18029 REF<br><br>11 U.S.C. Section 362 |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), is modified with respect to the subject premises located at 921 South Hall Street, Allentown, PA 18103 ("Property"), so as to allow Movant, and any of its successors or assignees, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies.

BY THE COURT:

**Date: April 20, 2017**

_____

Richard E. Fehling,
United States Bankruptcy Judge.