United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18029-ref
Timothy Wexler                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen             Page 1 of 1           Date Rcvd: Apr 20, 2017
                              Form ID: pdf900            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2017.
db            Timothy Wexler,    921 South Hall Street,    Allentown, PA  18103-3252
cr           +U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank,    ALDRIDGE PITE, LLP,
               4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
13831567      JPMC Specialty Mortgage LLC,    10861 Sixth Street, Suite 130,    Rancho Cucamenja, CA 91730
13828274     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank NA,    60 Livingston Ave,    EP MN WS3D,    St Paul MN 55107)
13828275     +US Bank NA,    c/o KML Law Group,    701 Market Street Suite 5000,    Philadelphia PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2017 at the address(es) listed below:
          BARTON   KNOCHENMUS    on behalf of Debtor Timothy  Wexler knochenmuslaw@gmail.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Timothy Wexler<br>                    Debtor | CHAPTER 13 |
| USROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE<br>                    Movant<br>    vs.<br>Timothy Wexler<br>                    Debtor<br>Frederick L. Reigle, Esq.<br>                    Trustee | NO. 16-18029 REF<br><br>11 U.S.C. Section 362 |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), is modified with respect to the subject premises located at 921 South Hall Street, Allentown, PA 18103 ("Property"), so as to allow Movant, and any of its successors or assignees, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies.

**Date: April 20, 2017**

BY THE COURT:

_____

Richard E. Fehling,
United States Bankruptcy Judge.