UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

TIMOTHY WEXLER

: Bankruptcy No. 16-18029REF

Debtor(s)    : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: June 29, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BARTON KNOCHENMUS ESQ
1275 GLENLIVET DRIVE, STE 100
ALLENTOWN PA 18106-

TIMOTHY WEXLER
921 SOUTH HALL STREET
ALLENTOWN,PA.18103-3252