United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18029-ref
Timothy Wexler                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen          Page 1 of 1          Date Rcvd: Jun 29, 2017
                              Form ID: pdf900         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
```
db              Timothy Wexler,    921 South Hall Street,    Allentown, PA 18103-3252
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Orion (VERIZON),    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
cr             +U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
13924450       +City of Allentown,    435 Hamilton St Rm 215,    Allentown PA 18101-1603
13831567        JPMC Specialty Mortgage LLC,    10861 Sixth Street, Suite 130,    Rancho Cucamenja, CA 91730
13912656       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13828274      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:    US Bank NA,    60 Livingston Ave,    EP MN WS3D,    St Paul MN 55107)
13828275       +US Bank NA,    c/o KML Law Group,    701 Market Street Suite 5000,    Philadelphia PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Jun 30 2017 01:21:35      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2017 01:21:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 30 2017 01:21:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
```
              BARTON KNOCHENMUS    on behalf of Debtor Timothy Wexler  knochenmuslaw@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

TIMOTHY WEXLER
                                                    : Bankruptcy No. 16-18029REF
        Debtor(s)                                   : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: June 29, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BARTON KNOCHENMUS ESQ
1275 GLENLIVET DRIVE, STE 100
ALLENTOWN PA 18106-

TIMOTHY WEXLER
921 SOUTH HALL STREET
ALLENTOWN,PA.18103-3252