UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Timothy Wexler,         :        Case 16-18029
                                :
          Debtor.               :        Chapter 13

CERTIFICATION OF NO ANSWER

I, Barton Knochenmus, Esq., counsel for the captioned Chapter 13 Debtor, hereby certify that no answers, objections, responsive pleadings, or requests for hearing have been filed or served in response to Debtor's Counsel's Application for Compensation and Reimbursement of Expenses within twenty-one (21) days, as required by FRBP 2002(a)(6) *Notices to Parties in Interest* and Local Bankruptcy Rule 2016-1( c ) *Certification of Notice*, governing motions, applications and answers, and served upon:

FREDERICK L. REIGLE, Esq.
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Orion (VERIZON)
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Timothy Wexler
921 South Hall St
Allentown, PA 18103-3252

U.S. ROF IV Legal Title Trust 2015-1, by U.S.
Bank National Association, as Legal Title Trustee
c/o ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

U.S. ROF IV Legal Title Trust 2015-1
by U.S. Bank N.A.
represented by MATTEO WEINER, Esq.
c/o KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street Suite 500
Philadelphia, PA 19107

All creditors and parties-in-interest as listed on creditor matrix

    Consistent with Local Bankruptcy Rule 2016-1(d) *Disposition of Application*, Applicant respectfully requests this Court award the compensation and reimbursement sought.

                          BY:    /s/ Barton Knochenmus, Esq.
                                 Barton Knochenmus, Esq.
                                 Attorney for Debtor
                                 1275 Glenlivet Drive Suite 100
                                 Allentown, Pennsylvania 18106-3107
                                 610-770-3575

Dated: September 11, 2017